No. 76–6883.  ZAKRAJSEK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 76–6884.  WRIGHT *v.* CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–6885.  WOOD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6886.  OWENS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6887.  KASOLD *v.* CARDWELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 76–6888.  GILBERT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6889.  DAY *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 76–6890.  TOSTI ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–6891.  STARKEY *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 76–6892.  TALTON *v.* MANSON, CORRECTION COMMISSIONER, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–6893.  WALKER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6895.  BEARDSLEY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6896.  WINDHAM *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 76–6898.  BURDEN *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.